NOTE:   This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2006-3348


PETE DURMER,

Petitioner,

v.

DEPARTMENT OF TRANSPORTATION,

Respondent.


John M. Poti, Law Office of John M. Poti, of Prattville, Alabama, argued for petitioner.

Steven J. Abelson, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, argued for respondent.  On the brief were Peter D. Keisler, Assistant Attorney General, Jeanne E. Davidson, Director, Mark A. Melnick, Assistant Director.  Of counsel on the brief was Christopher Poreda, Regional Counsel, Federal Aviation Administration, New  England Region, of Burlington, Massachusetts.

Appealed from:  United States Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2006-3348

PETE DURMER,

Petitioner,

v.

DEPARTMENT OF TRANSPORTATION,

Respondent.

## Judgment

ON APPEAL from the     **MERIT SYSTEMS PROTECTION BOARD**

In CASE NO(S).     **PH0752050186-I-1**.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam  (RADER, BRYSON and MOORE, <u>Circuit Judges</u>).

**AFFIRMED.**  <u>See</u> Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

DATED: <u>July 11, 2007</u>          /s/  Jan Horbaly

Jan Horbaly, Clerk